NVB 4004 (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−18−50779−btb <br> CHAPTER 7 |
| BARTOLOMEUS JACOBUS SMYLIE | |
| MITZI JEAN SMYLIE <br>    aka MITZI BERNA | NOTICE TO CREDITOR AND <br> DEBTOR OF REAFFIRMATION |
| Debtor(s) | AGREEMENT HEARING |
| | Hearing Date:   10/2/18 <br> Hearing Time:   09:00 AM |

**NOTICE IS GIVEN** that a hearing to consider a REAFFIRMATION AGREEMENT has been scheduled as follows:

    Hearing Date:    10/2/18
    Hearing Time:    09:00 AM
    Hearing Location:    BTB RN−Courtroom 2, Young Bldg.
    300 Booth Street
    Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing is scheduled for the following reason(s):

    A presumption of undue hardship has arisen under 11 U.S.C. Section 524(m).

If the hearing is scheduled because of a deficiency in the reaffirmation agreement, and if the deficiency is corrected by filing an amended reaffirmation agreement no later than 10 days prior to the scheduled hearing date, the hearing may be taken off calendar.

Dated: 8/20/18

*Mary A. Schott*

Mary A. Schott
Clerk of Court