8/20/2018 Gmail - U.S. Bankruptcy Court, District of Nevada - Undeliverable Notice, In re: BARTOLOMEUS JACOBUS SMYLIE, Case Number: 18-…

Case 18-50779-btb    Doc 22    Entered 08/21/18 10:29:25    Page 1 of 2



John Ham <bankruptcylaubjohn@gmail.com>

# U.S. Bankruptcy Court, District of Nevada - Undeliverable Notice, In re: BARTOLOMEUS JACOBUS SMYLIE, Case Number: 18-50779, btb, Ref: [p-123420612]

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>　　　Fri, Jul 20, 2018 at 10:11 AM
To: BankruptcyLaubJohn@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

July 21, 2018

From: United States Bankruptcy Court, District of Nevada

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
　　In re: BARTOLOMEUS JACOBUS SMYLIE, Case Number 18-50779, btb

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509

Undeliverable Address:
Neuheisel Law Firm PC
2277 Fair Oaks Blvd Ste 305A
Sacramento, CA 95825

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Neuheisel Law Firm PC

2233 Watt Ave. Ste. 245, Sacramento CA  95825

Undeliverable Address:
RMS
4836 Brecksville Rd.
PO Box 523
Richfield, OH 44286

8/20/2018 Gmail - U.S. Bankruptcy Court, District of Nevada - Undeliverable Notice 1/1 - BARTOLOMEUS JACOBUS SMYLIE, Case Number: 18-…

Case 18-50779-btb    Doc 22    Entered 08/21/18 10:29:25    Page 2 of 2

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

RMS

4200 Cantera Drive Ste. 211, Warrenville IL 60556

Undeliverable Address:
Security Check
Attn: Bankruptcy Dept
2612 Jackson Ave W
Oxford, MS 38655

Reason Undeliverable: MOVED NO FORWARDING ADDRESS

THE UPDATED ADDRESS IS:

Tempoe/Security Check

Attn. Bankruptcy Dept., 1750 Elm St. Ste. 1200, Manchester NH 03104

/s/ Joe M. Laub, Esq.                                                8/20/2018
_____           _____
Signature of Debtor or Debtor's Attorney                         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P31850779309A0026.PDF
9K